**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ALBERT E. CUNEO, | : | No. 42 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FINANCIAL DIMENSIONS, INC., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 10th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.